Lavine v Glavin (2025 NY Slip Op 05432)

Lavine v Glavin

2025 NY Slip Op 05432

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025

PRESENT: WHALEN, P.J., LINDLEY, OGDEN, AND GREENWOOD, JJ. (Filed Oct. 3, 2025.)

MOTION NO. (564/23) CA 22-01764.

[*1]GARY J. LAVINE, PLAINTIFF-RESPONDENT-APPELLANT,
v
RITA M. GLAVIN, DEFENDANT-APPELLANT-RESPONDENT.

MEMORANDUM AND ORDER
Motion for leave to renew, or modification denied.